DIMITRIOS JIM RESSIS, Appellant, v PALOMA A. CAPANNA, ESQ., et al., Respondents.

Submitted July 18, 2005; decided August 25, 2005

Motion for leave to appeal denied with $100 costs and necessary reproduction disbursements. Motion for a stay dismissed as academic.

JOSE RODRIGUES et al., Plaintiffs, v N & S BUILDING CONTRACTORS, INC., Defendant and Third-Party Plaintiff-Appellant, et al., Defendant. CALDAS CONCRETE COMPANY, INC., et al., Third-Party Defendants-Respondents.

Submitted August 8, 2005; decided August 25, 2005

Motion by New York State Builders Association, Inc. for leave to appear amicus curiae on the appeal herein granted to the extent that the proposed brief is accepted as filed.

In the Matter of the Estate of RAYMOND P. WIRTH, Deceased. DREXEL UNIVERSITY, Respondent; RAYMOND P. WIRTH, JR., et al., Appellants.

Submitted August 8, 2005; decided August 25, 2005

Motion by Allegheny College et al. for leave to appear amici curiae on the appeal herein granted to the extent that the proposed brief is accepted as filed.